NUMBER 13-09-00593-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

KNAPP MEDICAL CENTER HOSPITAL, Appellant,


v.



ARACELY RAMOS, INDIVIDUALLY

AND AS NEXT FRIEND FOR JUAN RAMOS,

OFELIA RAMOS, AND AMANDA RAMOS, Appellees. 

_____________________________________________________________


On appeal from the 398th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Knapp Medical Center Hospital, perfected an appeal from an interlocutory
"Order Denying Dr. Loan Vu and Knapp Medical Center's Objections to Plaintiffs' 120-Day
Expert Reports and Motion to Dismiss" rendered by the 398th District Court of Hidalgo
County, Texas, on October 6, 2009, in trial court cause number C-765-09-1. Appellant has
now filed a motion to dismiss the appeal on grounds that the appellees have agreed to
voluntarily dismiss all direct negligence claims against it. Appellant requests that this Court
dismiss the appeal without prejudice.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED
WITHOUT PREJUDICE. Costs will be taxed against appellant. See id. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 PER CURIAM

Delivered and filed the

20th day of May, 2010.